UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Comcast of Maine/New Hampshire, Inc.</u>

       v.                       06-cv-14-SM

<u>Victor Violette</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

June 8, 2006

                                          Steven J. McAuliffe
                                        Chief Judge

cc:    John M. McLaughlin, Esq.
        R. Peter Shapiro, Esq.
        Richard Johnston, Esq.